Dated: January 13, 2011



*[signature]*
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

---

JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for U.S. Bank National Association as Trustee for RFMSII 2006HII5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SAM LEE YOHE,<br><br>    Debtor(s). | Case No. 2:10-bk-35446-RTB<br><br>Adv No. 2:10-ap-02267-RTB |
| Sam Lee Yohe,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC Mortgage, LLC,<br><br>    Defendant | Chapter 13<br><br>ORDER APPROVING STIPULATED JUDGMENT RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulated Judgment Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulated Judgment Re: Avoidance of Lien is hereby approved and made an order of the court.

**IT IS SO ORDERED.**

###